## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFER'S PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAPA, et al.,<br><br>Defendants. | No. 16-CV-2805-MCA-LDW |

### DECLARATION OF LUIGGY SEGURA REGARDING (A) MAILING OF THE SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, (B) PUBLICATION OF SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, AND (C) REPORT ON REQUESTS FOR EXCLUSIONS

I, LUIGGY SEGURA, declare as follows:

1.      I am a Director of Securities Class Actions at JND Legal Administration ("JND"). Pursuant to paragraph 3 of the Court's Stipulation and Order Approving Notice of Pendency of Class Action, which was filed on July 10, 2020 (Docket ("Dkt.") No. 292, the "Mailing Order"), JND was appointed to act as the Notice Administrator in connection with the above-captioned action ("Action").  I submit this Declaration in order to provide the Court and the parties to the Action with information regarding the mailing of the Notice of Pendency of Class Action (the "Notice") and the publication of the Summary Notice of Pendency of Class Action (the "Summary Notice"), as well as other status updates about the notice-administration process.

2.     I am over 21 years of age and am not a party to the Action.  The following statements are based on my personal knowledge and information provided to me by other experienced JND employees.  If called as a witness, I could and would testify competently thereto.

## MAILING OF THE SUMMARY NOTICE

3.     Pursuant to Paragraph 3(c) and 3(d) of the Mailing Order, JND was responsible for disseminating the Summary Notice (including the Summary Notice formatted to fit on to a postcard) to brokers/nominees and potential Class Members.  A sample of the Summary Notice is attached hereto as Exhibit ("Ex.") A.

4.     As in most securities class actions, a large majority of potential Class Members are beneficial purchasers whose securities are held in "street name;" the securities are purchased by brokerage firms, banks, institutions, or other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  JND maintains a proprietary database with the names and addresses of the most common banks, brokerage firms, nominees, and known third-party filers (the "JND Broker Database").  At the time of the mailing, JND's Broker Database contained 4,093 names and addresses.

5.     Pursuant to paragraph 3(c) of the Mailing Order, on August 7, 2020, JND mailed the Summary Notice to the 4,093 names and addresses in JND's Broker Database to solicit information from the brokers and other nominees regarding mailing addresses for beneficial holders.

6.     JND also posted the Notice for brokers and nominees on the Depository Trust Company Legal Notice System ("DTC LENS").  This service is made available to all brokers/nominees who use the DTC.  The DTC LENS is a place for legal notices to be posted

pertaining to publicly traded companies.  JND provided DTC Lens with the Notice for posting on August 7, 2020.

7.      In a further attempt to garner broker responses, JND reached out by telephone to the top broker/nominees from the JND Broker Database and mailed reminder postcards to all the entities in the JND Broker Database who had not responded to the mailing.  The postcard advised them of their obligation to notice their clients.

8.      On July 29, 2020, JND received names and addresses from Class Counsel, provided by Defendants' Counsel,  of persons or entities who purchased or acquired Perrigo common stock during the period April 21, 2015 through May 2, 2017, and a list of persons or entities who held Perrigo shares in their own name and or in street name as of the market close on November 12, 2015. The list contained 2,125 unique names and addresses.

9.      JND also researched Perrigo's filings with the U.S. Securities and Exchange Commission (SEC) on Form 13-F to identify additional institutions or entities who may have held Perrigo common stock during the Class Period.  As a result, an additional 1,243 address records were added to the list of potential Class Members.

10.      Pursuant to paragraph 4 of the Mailing Order, brokers and other nominees who purchased or otherwise acquired Perrigo common stock during the Class Period and/or held Perrigo common stock as of the market close on November 12, 2015 for the beneficial interest of another person or entity shall (a) within seven (7) calendar days of receipt of the Summary Notice and/or Notice, request from the Notice Administrators sufficient copies of the Summary Notice to forward to all such beneficial owners and within seven (7) calendars of receipt of those Summary Notices forward them to tall such beneficial owners; or (b) within seven (7) calendar days of receipt of the Summary Notice, provide a list of names and addresses of all such beneficial owners to the

Notice Administrator and the Notice Administrator is ordered to promptly send the Summary Notice to such identified beneficial owners. Following the mailing in paragraph 5 above, JND received 113,692 unique names and addresses of potential Class Members from individuals or nominees requesting Summary Notice to be mailed to such persons or entities. JND has also received requests from brokers and other nominee holders for 169,112 Summary Notice to be forwarded by the nominees to their customers.

11.    Thus, pursuant to paragraph 3(d) of the Mailing Order, as a result of the efforts described above, on September 4, 2020, JND mailed the Summary Notice, formatted to fit on to the postcard, to 286,172 potential Class Members, brokers and nominee holders.

12.    JND continues to mail the Summary Notice as requested. As of October 19, 2020, JND has mailed an additional 2,871 requested by individual, brokers and other nominees. In total, JND has mailed 293,136 Summary Notices.

## PUBLICATION OF THE SUMMARY NOTICE

13.    Pursuant to Paragraph 3(c) of the Mailing Order, JND is also responsible for publishing the Summary Notice. Accordingly, JND caused the Summary Notice to be released once over *PRNewswire* in the United States and published the Hebrew version thereof once in the *Globes* newspaper in Israel on September 21, 2020. Attached hereto as Ex. B is confirmation of the publications.

## ESTABLISHMENT OF CLAIMS CALL CENTER

14.    Beginning on or about August 7, 2020, JND established and continues to maintain a toll-free telephone number (1-833-674-0175) for Class Members to call and obtain information about the litigation or request a Notice. JND has promptly responded to each telephone inquiry and will continue to address potential Class Members' inquiries.

## ESTABLISHMENT OF THE WEBSITE

15.     To further assist potential Class Members, JND, in coordination with Counsel, designed, implemented, and currently maintains a website, www.PerrigoSecuritiesLitigation.com, dedicated to the litigation (the "Website").  The Website became operational on August 7, 2020 and is accessible 24 hours a day, 7 days a week.  Among other things, the Website includes general information regarding the litigation and lists the exclusion deadline.  JND also posted copies of the English and Hebrew versions of the Notice.  The website will continue to be updated with relevant case updates.

## REPORT ON
## EXCLUSION REQUESTS RECEIVED

16.     The Notice informs potential Class Members that requests for exclusion from the Class are to be addressed to Perrigo Securities Litigation, c/o JND Legal Administration, P.O. Box 91374, Seattle, Washington, 98111, such that they are postmarked no later than December 3, 2020.

17.     Through October 19, 2020, JND has received 3 requests for exclusion. The deadline to submit a request for exclusion is December 3, 2020. Attached hereto as Exhibit B are the requests for exclusion.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20th, 2020.

Luiggy Segura

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROOFER'S PENSION FUND,<br><br>   v.<br><br>JOSEPH PAPA, et al. | No. 16-CV-2805-MCA-LDW |

## SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

**TO:** (1) All persons who purchased Perrigo Co., plc's ("Perrigo") publicly traded common stock between April 21, 2015 and May 2, 2017, both dates inclusive, on the New York Stock Exchange or any other trading center within the United States and were damaged thereby;

(2) All persons who purchased Perrigo's publicly traded common stock between April 21, 2015 and May 2, 2017, both dates inclusive, on the Tel Aviv Stock Exchange and were damaged thereby; and

(3) All persons who owned Perrigo common stock as of November 12, 2015 and held such stock through at least 8:00 a.m. on November 13, 2015 (whether or not a person tendered their shares in response to tender offer of Mylan, N.V.).

Excluded from these Classes are the Defendants, any current or former officers or directors of Perrigo, the immediate family members of any Defendant or any current or former officer or director of Perrigo, and any entity that any Defendant owns or controls, or owned or controlled during the Class Period.

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**
**YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS ACTION.**

This Notice is being sent pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of New Jersey (the "Court"). This Action has not been settled and continues to be litigated. No claim form need be filed at this time.

If you are a member of one or more Classes, your rights are affected by this Action, and you may have the right to participate in any recovery. You also have the right to exclude yourself from the Class(es) by **December 3, 2020** in accordance with the directions set forth in the Notice, which is available at **www.PerrigoSecuritiesLitigation.com** or by writing the Notice Administrator at: *Perrigo Securities Litigation* **c/o JND Legal Administration, P.O. Box 91374, Seattle, WA 98111.** Inquiries other than requests for notice may be made to Class Counsel:

| | |
|---|---|
| Joshua B. Silverman, Esq.<br>POMERANTZ LLP<br>10 South LaSalle St.<br>Suite 3505<br>Chicago, IL 60603<br>(312) 377-1181 | James A. Harrod, Esq.<br>BERNSTEIN LITOWITZ BERGER<br>& GROSSMANN LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 554-1400 |

**PLEASE DO NOT CALL OR WRITE THE COURT OR THE OFFICE OF THE CLERK FOR INFORMATION OR ADVICE.**

Dated: July 10, 2020

BY ORDER OF THE COURT
United States District Court
District of New Jersey

Questions? Visit. www.PerrigoSecuritiesLitigation.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**ROOFER'S PENSION FUND,**
**v.**
**JOSEPH PAPA, et al.**

**No. 16-CV-2805-MCA-LDW**

**SUMMARY NOTICE OF PENDENCY**
**OF CLASS ACTION**

*Perrigo Securities Litigation*
c/o JND Legal Administration
P.O. Box 91374
Seattle, WA 98111

Postal Service: Please do not mark barcode

«CF_NAME»
«CF_ADDRESS_1»
«CF_ADDRESS_2»
«CF_CITY», «CF_STATE» «CF_ZIP»

**TO:** (1) All persons who purchased Perrigo Co., plc's ("Perrigo") publicly traded common stock between April 21, 2015 and May 2, 2017, both dates inclusive, on the New York Stock Exchange or any other trading center within the United States and were damaged thereby;

(2) All persons who purchased Perrigo's publicly traded common stock between April 21, 2015 and May 2, 2017, both dates inclusive, on the Tel Aviv Stock Exchange and were damaged thereby; and

(3) All persons who owned Perrigo common stock as of November 12, 2015 and held such stock through at least 8:00 a.m. on November 13, 2015 (whether or not a person tendered their shares in response to tender offer of Mylan, N.V.).

Excluded from these Classes are the Defendants, any current or former officers or directors of Perrigo, the immediate family members of any Defendant or any current or former officer or director of Perrigo, and any entity that any Defendant owns or controls, or owned or controlled during the Class Period.

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**
**YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS ACTION.**

This Notice is being sent pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of New Jersey (the "Court"). This Action has not been settled and continues to be litigated. No claim form need be filed at this time.

If you are a member of one or more Classes, your rights are affected by this Action, and you may have the right to participate in any recovery. You also have the right to exclude yourself from the Class(es) by **December 3, 2020** in accordance with the directions set forth in the Notice, which is available at **www.PerrigoSecuritiesLitigation.com** or by writing the Notice Administrator at: ***Perrigo Securities Litigation* c/o JND Legal Administration, P.O. Box 91374, Seattle, WA 98111.** Inquiries other than requests for notice may be made to Class Counsel:

| | |
|---|---|
| Joshua B. Silverman, Esq.<br>POMERANTZ LLP<br>10 South LaSalle St., Suite 3505<br>Chicago, IL 60603<br>(312) 377-1181 | James A. Harrod, Esq.<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 554-1400 |

**PLEASE DO NOT CALL OR WRITE THE COURT OR THE OFFICE OF THE CLERK FOR INFORMATION OR ADVICE.**

BY ORDER OF THE COURT
United States District Court
District of New Jersey

# EXHIBIT B

September 23, 2020

Received
OCT 05 2020
by JNDLA

Notice Administrator
Perrigo Securities Litigation
c/o JND Legal Administration
P.O. Box 91374
Seattle, WA 98111
Ref: Perrigo Securities Litigation
Please exclude me from the Class (es)
concerning Perrigo Securities Litigation.


Thank you,
Cheryl J Morgan (wife of Douglas J Morgan)
for Douglas J Morgan Decd

Alpharetta, GA 30004

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

**ROOFER'S PENSION FUND,**
v.
**JOSEPH PAPA, et al.**

No. 16-CV-2805-MCA-LDW

SUMMARY NOTICE OF PENDENCY
OF CLASS ACTION

*Perrigo Securities Litigation*
c/o JND Legal Administration
P.O. Box 91374
Seattle, WA 98111

Electronic Service Requested

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
SANTA ANA, CA
PERMIT NO. 949



PRG DHLTJ3YB4V

1050777**P0002-S0093-B0001****AUTO**ALL FOR AADC 300

Bb&T Securities Ira C/F 1D1
Douglas J Morgan Decd

Alpharetta, GA 30004-4192

**TO:**  (1) All persons who purchased Perrigo Co., plc's ("Perrigo") publicly traded common stock between April 21, 2015 and May 2, 2017, both dates inclusive, on the New York Stock Exchange or any other trading center within the United States and were damaged thereby;

(2) All persons who purchased Perrigo's publicly traded common stock between April 21, 2015 and May 2, 2017, both dates inclusive, on the Tel Aviv Stock Exchange and were damaged thereby; and

(3) All persons who owned Perrigo common stock as of November 12, 2015 and held such stock through at least 8:00 a.m. on November 13, 2015 (whether or not a person tendered their shares in response to tender offer of Mylan, N.V.).

Excluded from these Classes are the Defendants, any current or former officers or directors of Perrigo, the immediate family members of any Defendant or any current or former officer or director of Perrigo, and any entity that any Defendant owns or controls, or owned or controlled during the Class Period.

### PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.
### YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS ACTION.

This Notice is being sent pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of New Jersey (the "Court"). This Action has not been settled and continues to be litigated. No claim form need be filed at this time.

If you are a member of one or more Classes, your rights are affected by this Action, and you may have the right to participate in any recovery. You also have the right to exclude yourself from the Class(es) by **December 3, 2020** in accordance with the directions set forth in the Notice, which is available at **www.PerrigoSecuritiesLitigation.com** or by writing the Notice Administrator at: *Perrigo Securities Litigation c/o JND Legal Administration, P.O. Box 91374, Seattle, WA 98111.* Inquiries other than requests for notice may be made to Class Counsel:

| | |
|---|---|
| Joshua B. Silverman, Esq.<br>POMERANTZ LLP<br>10 South LaSalle St., Suite 3505<br>Chicago, IL 60603<br>(312) 377-1181 | James A. Harrod, Esq.<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 554-1400 |

**PLEASE DO NOT CALL OR WRITE THE COURT OR THE OFFICE OF THE CLERK FOR INFORMATION OR ADVICE.**

BY ORDER OF THE COURT
United States District Court
District of New Jersey



ATLANTA METRO 301
25 SEP 2020 PM 12 L

Notice Administrator
Perrigo Securities Litigation
c/o JND Legal Administration
P.O. Box 91374
Seattle, WA 98111

98111-005074

Morgan
Alpharetta, GA 30004

PRG
2/1

OCT 0 5 2020

Received

OCT 1 3 2020

by JNDLA

UNITED STATES
DISTRICT COURT
DISTRICT OF NEW
JERSEY

**ROOFER'S
PENSION FUND, v.
JOSEPH PAPA, et
al.**

No. 16-CV-2805-
MCA-LDW

**SUMMARY NOTICE
OF PENDENCY OF
CLASS ACTION**

IPN-NP1 60611

PERRIGO SECURITIES LITIGATION 00013008    PRESORTED FIRST CLASS
C/O JND LEGAL ADMINISTRATION                            U.S. POSTAGE PAID
P.O. BOX 91374                                                    FARMINGDALE, NY
SEATTLE, WA 98111                                             PERMIT NO.225

JOB# N49415-010

08

Joann J Shurpit TTEE

Chicago, IL 60611-2414861
us

OCT 1 3 2020

08

OCT 1 3 2020

*I wish to be
excluded.
Joann J. Shurpit
Oct 7, 2020*

...go Co., plc's ("Perrigo") publicly traded common stock between April 21, 2015 and
...the New York Stock Exchange or any other trading center within the United States and

...'s publicly traded common stock between April 21, 2015 and May 2, 2017, both dates
...ange and were damaged thereby; and

...mmon stock as of November 12, 2015 and held such stock through at least 8:00 a.m. on
...person tendered their shares in response to tender offer of Mylan, N.V.).

...nts, any current or former officers or directors of Perrigo, the immediate family members
...icer or director of Perrigo, and any entity that any Defendant owns or controls, or owned

**THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**
**YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS ACTION.**

This Notice is being sent pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of New Jersey (the "Court"). This Action has not been settled and continues to be litigated. No claim form need be filed at this time.

If you are a member of one or more Classes, your rights are affected by this Action, and you may have the right to participate in any recovery. You also have the right to exclude yourself from the Class(es) by December 3, 2020 in accordance with the directions set forth in the Notice, which is available at www.PerrigoSecuritiesLitigation.com or by writing the Notice Administrator at: *Perrigo Securities Litigation c/o JND Legal Administration, P.O. Box 91374, Seattle, WA 98111.* Inquiries other than requests for notice may be made to Class Counsel:

| Joshua B. Silverman, Esq. | James A. Harrod, Esq. |
|---|---|
| POMERANTZ LLP | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 10 South LaSalle St., Suite 3505 | 1251 Avenue of the Americas |
| Chicago, IL 60603 | New York, NY 10020 |
| (312) 377-1181 | (212) 554-1400 |

**PLEASE DO NOT CALL OR WRITE THE COURT OR THE OFFICE OF THE CLERK FOR INFORMATION OR ADVICE.**

OCT 1 3 2020

BY ORDER OF THE COURT
United States District Court
District of New Jersey



S SUBURBAN IL 604

8 OCT 2020 PM 2 L

OCT 13 2020

Perrigo Securities Litigation
c/o JND Legal Admin
Po Box 91374
Seattle WA 98111

98111-000798

JO ANN J. SHURPIT
CHICAGO, IL 60611

Deutsche Bank



Perrigo Securities Litigation
c/o JND Legal Administration
PO Box 91374
Seattle, WA 98111

Deutsche International Custodial
Services Limited

14 October 2020

St Helier
Jersey  JE4 8ZB
Channel Islands

Telephone:
Fax:

> Received
>
> **OCT 15 2020**
>
> by JNDLA

Dear Sirs,

**dbX-Risk Arbitrage 1  Fund**

In our capacity as trustee of the Fund, we hereby request that the Fund is excluded as a member of the class contemplated by the "Roofer's Pension Fund v. Papa, et al., No. 16-CV-2805-MCA-LDW." (the "Litigation").

The Fund is in the final stages of closure. As a result, the Fund will have no means to accept in or recognise any settlements, should they transpire, from the Litigation.

The details of trading and holdings requested is attached to this letter.

We would request that you confirm receipt and recognition of this request by email, to

Should you have any questions, please do not hesitate to contact us using the details stated above.

Yours faithfully,

**Deutsche International Custodial Services Limited**
**solely in its capacity as trustee of dbX-Risk Arbitrage 1 Fund**

**Director**

**Authorised Signatory**

PRIVATE & CONFIDENTIAL

PERRIGO SECURITIES LITIGATION

| Name | Security Description | Trade Date | Settle Date | Activity | Quantity | PRICE |
|------|---------------------|-----------|------------|----------|----------|-------|
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 7/27/2015 | 7/30/2015 | Buy | 600 | 194.4888 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 7/27/2015 | 7/30/2015 | Buy | 100 | 194.1966 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 7/27/2015 | 7/30/2015 | Buy | 100 | 193.5325 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 08/06/2015 | 08/11/2015 | Buy | 500 | 185.7743 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 08/06/2015 | 08/11/2015 | Buy | 200 | 184.09 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 08/07/2015 | 08/12/2015 | Buy | 100 | 187 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 08/07/2015 | 08/12/2015 | Buy | 200 | 188.3559 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 08/10/2015 | 8/13/2015 | Buy | 200 | 193.2068 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 08/10/2015 | 8/13/2015 | Buy | -200 | 193.2068 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 08/10/2015 | 8/13/2015 | Buy | 200 | 193.2068 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/13/2015 | 8/18/2015 | Buy | 500 | 192.0804 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/13/2015 | 8/18/2015 | Buy | 700 | 191.5337 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/13/2015 | 8/18/2015 | Buy | 100 | 188.245 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/13/2015 | 8/18/2015 | Buy | -500 | 192.0804 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/13/2015 | 8/18/2015 | Buy | -700 | 191.5337 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/13/2015 | 8/18/2015 | Buy | -100 | 188.245 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/13/2015 | 8/18/2015 | Buy | 500 | 192.0804 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/13/2015 | 8/18/2015 | Buy | 700 | 191.5337 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/13/2015 | 8/18/2015 | Buy | 100 | 188.245 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/14/2015 | 8/19/2015 | Buy | 200 | 191.2544 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/14/2015 | 8/19/2015 | Buy | 200 | 192.5132 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/14/2015 | 8/19/2015 | Buy | 300 | 190.5036 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/14/2015 | 8/19/2015 | Buy | 400 | 191.1626 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/25/2015 | 8/28/2015 | Buy | 200 | 180.7092 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 8/25/2015 | 8/28/2015 | Buy | 100 | 182.1217 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 09/09/2015 | 9/14/2015 | Buy | 100 | 181.0596 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 09/09/2015 | 9/14/2015 | Buy | -100 | 181.0596 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 09/09/2015 | 9/14/2015 | Buy | 100 | 181.0596 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 10/02/2015 | 10/07/2015 | Buy | 400 | 159.0393 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 12/17/2015 | 12/22/2015 | Sell | -100 | 146.7335 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 12/18/2015 | 12/23/2015 | Sell | -100 | 144.8555 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 12/23/2015 | 12/29/2015 | Sell | -200 | 147.6999 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 1/25/2016 | 1/28/2016 | Buy | 600 | 149.717 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 02/11/2016 | 2/17/2016 | Sell | -700 | 134.5557 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 2/18/2016 | 2/23/2016 | Sell | -100 | 132.3699 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 3/28/2016 | 3/31/2016 | Buy | 1900 | 127.1752 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/04/2016 | 04/07/2016 | Sell | -300 | 128.9756 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/05/2016 | 04/08/2016 | Sell | -400 | 127.8957 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/06/2016 | 04/11/2016 | Sell | -100 | 130.5259 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/06/2016 | 04/11/2016 | Sell | -100 | 130.5259 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/06/2016 | 04/11/2016 | Sell | -600 | 131.3137 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/06/2016 | 04/11/2016 | Sell | -300 | 131.3137 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/06/2016 | 04/11/2016 | Sell | 100 | 130.5259 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/06/2016 | 04/11/2016 | Sell | -100 | 130.5259 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/06/2016 | 04/11/2016 | Sell | 100 | 130.5259 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/06/2016 | 04/11/2016 | Sell | -100 | 130.5259 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/07/2016 | 04/12/2016 | Sell | -300 | 132.4027 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/07/2016 | 04/12/2016 | Sell | -100 | 132.145 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/07/2016 | 04/12/2016 | Sell | 300 | 132.4027 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/07/2016 | 04/12/2016 | Sell | -300 | 132.4027 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/07/2016 | 04/12/2016 | Sell | 100 | 132.145 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/07/2016 | 04/12/2016 | Sell | -100 | 132.145 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/08/2016 | 4/13/2016 | Sell | -300 | 129.6981 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/08/2016 | 4/13/2016 | Sell | 300 | 129.6981 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 04/08/2016 | 4/13/2016 | Sell | -300 | 129.6981 |

| | | | | | | |
|---|---|---|---|---|---|---|
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/15/2016 | 4/20/2016 | Sell | -200 | 128.0259 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/15/2016 | 4/20/2016 | Sell | 200 | 128.0259 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/15/2016 | 4/20/2016 | Sell | -200 | 128.0259 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/18/2016 | 4/21/2016 | Sell | -300 | 128.9882 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/18/2016 | 4/21/2016 | Sell | -300 | 128.6343 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/19/2016 | 4/22/2016 | Sell | -700 | 129.8526 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/19/2016 | 4/22/2016 | Sell | -300 | 129.9677 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/19/2016 | 4/22/2016 | Sell | -100 | 129 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/19/2016 | 4/22/2016 | Sell | -100 | 129 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/19/2016 | 4/22/2016 | Sell | 100 | 129 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/20/2016 | 4/25/2016 | Sell | -600 | 129.2676 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/21/2016 | 4/26/2016 | Sell | -100 | 128.5332 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/21/2016 | 4/26/2016 | Sell | -400 | 129.2452 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/21/2016 | 4/26/2016 | Sell | -100 | 128.5332 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/21/2016 | 4/26/2016 | Sell | 100 | 128.5332 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/25/2016 | 4/28/2016 | Sell | -400 | 109.6258 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/25/2016 | 4/28/2016 | Sell | -600 | 107.2984 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/25/2016 | 4/28/2016 | Sell | -600 | 107.2984 |
| dbX-Risk Arbitrage 1 Fund (Paulson International) | PERRIGO CO PLC | 4/25/2016 | 4/28/2016 | Sell | 600 | 107.2984 |

| | |
|---|---|
| Holding as at 21 April 2015 | Nil |
| Holding as at 12 November 2015 | 5,200 |
| Holding as at 2 May 2017 | Nil |

Confidential

