| | |
|---|---|
| **GREENBAUM, ROWE, SMITH & DAVIS LLP**<br>Alan S. Naar<br>99 Wood Avenue South<br>Iselin, New Jersey 08830<br>(732) 476-2530 | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>James D. Wareham (*pro hac vice*)<br>James E. Anklam (*pro hac vice*)<br>Katherine St. Romain<br>801 17th Street, NW<br>Washington, DC 20006<br>(202) 639-7000<br><br>Samuel P. Groner (*pro hac vice*)<br>Samuel M. Light (*pro hac vice*)<br>Jason S. Kanterman<br>One New York Plaza<br>New York, New York 10004<br>(212) 859-8000 |

*Attorneys for Defendant Perrigo Company plc*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 2:16-cv-02805-MCA-LDW<br><br>ECF Case<br><br>Document Electronically Filed<br><br>**Motion Day**: July 19, 2021<br>**Oral Argument Requested** |

### NOTICE OF MOTION ON BEHALF OF DEFENDANT PERRIGO COMPANY PLC FOR SUMMARY JUDGMENT AND <u>TO EXCLUDE CERTAIN EXPERT TESTIMONY</u>

**PLEASE TAKE NOTICE THAT** on July 19, 2021, or as soon thereafter as the Court deems appropriate, Defendant Perrigo Company plc will appear before the Honorable Madeline Cox Arleo, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, and will move this Court pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 56.1 for entry

of an Order granting summary judgment in favor of Defendant Perrigo Company plc dismissing with prejudice all claims brought by Lead Plaintiff Perrigo Institutional Investor Group under Sections 10(b) and 14(e) of the Securities Exchange Act of 1934 and the Israel Securities Law (1968), granting all such further relief as this Court may deem just and proper, and, if the Court does not dismiss Lead Plaintiff's claims in their entirety, granting Defendant Perrigo Company plc's motion to exclude certain expert testimony.

**PLEASE TAKE FURTHER NOTICE THAT** Defendant Perrigo Company plc shall rely upon the accompanying Memorandum of Law in Support of Defendant Perrigo Company plc's Motion for Summary Judgment and to Exclude Certain Expert Testimony, the Local Rule 56.1 Statement of Undisputed Material Facts filed jointly be Defendants Perrigo Company plc, Joseph Papa, and Judy Brown, and the Declaration of Jason S. Kanterman in Support of Defendant Perrigo Company plc's Motion for Summary Judgment and to Exclude Certain Expert Testimony and the exhibits attached thereto.  Pursuant to Local Rule 7.1(e), a proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Scheduling Order (ECF No. 341) issued by the Court on February 22, 2021, Lead Plaintiff's opposition, if any, is due to be served and filed on or before Thursday, June 3, 2021, and Defendants' reply, if any, is due to be served and filed on or before Wednesday, July 7, 2021.

**PLEASE TAKE FURTHER NOTICE THAT** Defendant Perrigo Company plc hereby requests oral argument on this motion.

[*Signatures on following page*]

Dated: April 9, 2021

    Respectfully submitted,

    GREENBAUM, ROWE, SMITH & DAVIS LLP

    */s/ Alan S. Naar*
    Alan S. Naar
    99 Wood Avenue South
    Iselin, New Jersey 08830
    (732) 476-2530

    FRIED, FRANK, HARRIS, SHRIVER
     & JACOBSON LLP
    James D. Wareham (*pro hac vice*)
    James E. Anklam (*pro hac vice*)
    Katherine St. Romain
    801 17th Street, NW
    Washington, DC 20006
    (202) 639-7000

    Samuel P. Groner (*pro hac vice*)
    Samuel M. Light (*pro hac vice*)
    Jason S. Kanterman
    One New York Plaza
    New York, New York 10004
    (212) 859-8000

    *Attorneys for Defendant Perrigo Company plc*