**[Docket Nos. 342, 344 and 346]**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| ROOFER'S PENSION FUND, et al. | : | |
| Plaintiffs, | : | Civil No. 16-2805 (RMB/LDW) |
| v. | : | **ORDER** |
| JOSEPH C. PAPA, et al., | : | |
| Defendants. | : | |

**RENÉE MARIE BUMB, Chief United States District Judge:**

This matter comes before the Court upon the Motion for Summary Judgment and Motion to Exclude the Expert Testimony of William Purcell, Todd Clark, and Dr. Zachary Nye (Plaintiffs' Experts) filed by Defendant Perrigo Company PLC (Perrigo), the Motion for Summary Judgment filed by Defendant Judy Brown (Brown), and the Motion for Summary Judgment filed by Defendant Joseph C. Papa (Papa), and the Court having considered Defendants' motion papers and Plaintiffs' opposition thereto, as well as oral argument from counsel, and for the reasons set forth in the Opinion of today's date, and for good cause shown,

**IT IS** on this **17th** day of **August** **2023** hereby:

**ORDERED** that Brown's Summary Judgment Motion is **GRANTED**, Docket No. 344, and all claims against Brown in the Amended Complaint are **DISMISSED**; and it is further

**ORDERED** that Papa's Summary Judgment Motion is **GRANTED, in part, and**

**DENIED, in part**, Docket No. 346, and the Generic Rx Claim in the Amended Complaint against Papa is **DISMISSED**; and it is further

**ORDERED** that Perrigo's Summary Judgment Motion, Docket No. 342, is **DENIED** as to the Omega Integration Claim; and it is further

**ORDERED** that the Court **RESERVES** on Perrigo's Summary Judgment Motion, Docket No. 342, as to the Generic Rx Claim pending further briefing and argument on the "corporate scienter" doctrine; and it is further

**ORDERED** that Plaintiffs and Perrigo shall each file supplemental briefs (no more than 10 pages double-spaced) on the application of the corporate scienter doctrine to Plaintiffs' Generic Rx Claim against Perrigo as set forth in the Court's Opinion as follows:

- Plaintiffs' brief is due by September 1, 2023;
- Perrigo's response brief is due by September 18, 2023; and it is further

**ORDERED** that the Court will hold oral argument on the corporate scienter doctrine issue on September 26, 2023 at 11:30 a.m. in Courtroom 3D of the Mitchell H. Cohen Courthouse; and it is further

**ORDERED** that the Court **RESERVES** on Perrigo's Motion to Exclude Plaintiffs' Experts, Docket No. 342, until the Court holds *Daubert* Hearings on each expert witness, which will be discussed on September 26th following oral argument.

**/s/Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge