**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF NEW JERSEY**

| | |
|---|---|
| ROOFER'S PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>Defendant. | Case No. 1:16-CV-02805 RMB LDW<br><br>Hon. Renée Marie Bumb<br>Hon. Leda Dunn Wettre<br><br>CLASS ACTION<br><br>Motion Day: May 3, 2024 |

**NOTICE OF MOTION AND**
**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY**
**APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE  NOTICE** that on May 3, 2024, Lead Plaintiff Perrigo Institutional Investor Group, on behalf of itself and the three certified Classes (collectively, "Plaintiffs") will move this Court, the Honorable Leda Dunn Wettre, United States District Judge of the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey, for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) granting approval of the form and manner of giving notice of the proposed Settlement to the Classes; and (iii) setting a date for a Settlement Hearing.  In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law, the Stipulation of Settlement and Exhibits thereto filed herewith, the pleadings and records on file in this action, and such other matters as the Court may consider.

DATED: April 5, 2024

**LOWENSTEIN SANDLER LLP**

/s/ Michael B. Himmel
Michael B. Himmel
One Lowenstein Drive
Roseland, NJ  07068
(973) 597-2500
mhimmel@lowenstein.com

*Liaison Counsel for Lead Plaintiff
and the Classes*

**POMERANTZ LLP**

Joshua B. Silverman (*pro hac vice)*
Omar Jafri (*pro hac vice)*
10 South LaSalle Street
Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
jbsilverman@pomlaw.com
ojafri@pomlaw.com

1

Jeremy A. Lieberman (*pro hac vice*)
Thomas Przybylowski (*pro hac vice*)
600 Third Avenue
New York, NY 10016
Telephone: (212) 661 1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
tprzybylowski@pomlaw.com

*Co-Lead Counsel*

**BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP**
Gerald H. Silk (*pro hac vice*)
James A. Harrod (*pro hac vice*)
Jessie L. Jensen (*pro hac vice*)
1251 Avenue of the Americas
New York New York 10020
Telephone: (212) 445-1400
Facsimile: (212) 554-1444
Jerry@blbglaw.com
Jim.harrod@blbglaw.com
Jesse.jensen@blbglaw.com

*Co-Lead Counsel*

2